AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
2022 APR -1 PM 1:33
MIDDLE DISTRICT COURT
ORLANDO, FLORIDA

Travis S. Cunningham
_Petitioner_

v.

Mr. Flowers, State attorney Corriza
State of Florida County of Volusia
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. ~~[scribbled out]~~
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Travis Scott Cunningham
   (b) Other names you have used: Travis Scot Cunningham

2. Place of confinement:
   (a) Name of institution: Volusia County Department of Corrections
   (b) Address: 1354 Indian Lake Road, Daytona Beach, FL. 32124
   (c) Your identification number: 1098614

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☑ Other - explain: County Correctional Co's
   The Seventh Judicial Circuit Courtroom 3, 251 N. Ridgewood Ave. Daytona Beach, FL 32124

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: At Justice Center The Seventh Judicial Circuit Courtroom 3 Judge Nichols 251 N. Ridgewood Ave, Daytona Beach, FL 32124
   (b) Docket number of criminal case: 2021 302605 CFDB
   (c) Date of sentencing: 08-18-2021
   ☐ Being held on an immigration charge
   ☑ Other (explain): Fugitive probation violation extradition warrant that was supposed to be expunged because Sara Ruice in smart program told Travis he was done with program and she'd take care of his probation. Need polygraph test.

### Decision or Action You Are Challenging

5. What are you challenging in this petition: False imprisonment 961.06 2022 Fla. Stat.
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits) Revocation 18 months probation

See Mato v. State, King v. State minimum criterion at most.

Page 2 of 9

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): I was supposed to be done once Sara Ruice paid for the greyhound bus tickets to Los Angeles CA she was telling me I was done with program or aiding and abetting a fugitive.?

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: The seventh Judicial Circuit court, judge Nichols, 251 N. Ridgewood Ave., Daytona Beach, FL. 32114
   (b) Docket number, case number, or opinion number: 2021302605CFDB
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Fed Rule 60 (a) says any oral omision is a binding contract judge Nichols droped the felony and put me into a misdemeanor non-violent program at SMA smart program which Sara Ruice said I completed
   (d) Date of the decision or action: Revocation and felony probation violation which Warrant 9-1-2021 is Double Jeopardy

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Volusia County Jail, Judge Zombrano, 251 N. Ridgewood, Daytona Beach, FL 32114
       (2) Date of filing: March 15, 2022, Feb. 22, 2022 Judge Blackburn
       (3) Docket number, case number, or opinion number: 2021302605CFDB
       (4) Result: Still in jail
       (5) Date of result: Dec 22, 2021 to now currently serving wrongful detention
       (6) Issues raised: Aug 24, 2021 in Volusia County jail grievance process. Febuary 22, 2022 at arraignment told judge Blackburn in open court confession, admission. Been telling Jason Blizzard in public defender request, pleadings and several letters to him and judge, program, and judge Zombrano to plus judge Sharp in Districts court.
   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes         ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☒ Yes         ☐ No
If "Yes," answer the following:
   (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes              ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes         ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes         ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes         ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Beach Patrolman violated due process in a expostofactos law trespass affidavit that I Travis would not sign so he used illegal excessive force to arrest Travis on false charges of battery on a LEO, with violence resisting, overnight camping, and without violence resisting arrest

(a) Supporting facts (Be brief. Do not cite cases or law.):
No evidence, no hospital report, and no body cams was used. Court dockets, letters, transcripts & sentence on 08-18-21 Sara Ruice SMA smart programs testimony and testimony from Stephanie Parks and Jason Blizzard both public defenders.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Harrasment and excessive force being used by second arrest and probation violation from the arresting officer who again was only supposed to charge Travis with trespassing and give him ample enough time to leave premises violating due process

(a) Supporting facts (Be brief. Do not cite cases or law.):
Officer pointed flashlight on a no trespassing sign then told Travis to put hands behind his back bitch. Second arrest same thing different location - harrassment, excessive force deliberate indifference from being homeless - poor person

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Probation violations was all due to having no address or place to live or go, this is not no illegal offense or against the law rather opposite. See Mato v. State King v. State.

(a) Supporting facts (Be brief. Do not cite cases or law.):
The program SMA smart program lady told Travis that she'd take care of his probation once he left for Los Angeles that state of Florida just wanted Travis gone. Deliberate indifference discrimination Sara Ruice is the lady who is defrauding government

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

or using illegal coercion by the state of Florida

**GROUND FOUR:** Still in jail for doing what court ordered me to do why?!

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Still in jail, court dockets, eye witness is Judge Nichols, Stephanie Park, Jason Blizzard, Judge Zombrano, letters to the court my argument to judge Blackurn on my arraignment 02-22-2022 case #2021 302 60SCFDB, and told Jason Blizzard many many times too

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No
To state courts

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: $22,000.00 for 130 days wrongful detention, $200,000.00 for violation of due process, pain suffering, cruel unusual punishment, excessive force, life indangerment due to COVID19, Omnicon Virus, then immediate release and freedom from the state of Florida County of Volusia 1354 Indian Lake Rd., Daytona Beach, FL- 32124

Also felony expunged off my record a full pardon, court costs waived paid for, plane ticket back to Los Angeles California and a $225,000.00 paycheck for Discrimination, and Deliberate Indifference please!

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

03-26-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-26-2022      *Travis D. Cummings Hambrook*
                         Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Allready asked for a copy and prose copy of my banck account information for the past 6 months from the Volusia County Division of Corrections Facility 1354 Indian Lake Road, Daytona Beach, FL. 32124 bank account statements from the jail but jail refused to provide Travis Cunningham a copy to prove to this court that he is a poor person in state custody so he can ~~procede~~ proceed in a Forma pauperis without paying for filing fees. He asks this honorable to please pay for a State public probono lawyer to take care of this illegal wrongful detention seeking a immediate release or grand jury and sara S Ruice to be gaven polygraph lie detector test by FBI. Thats all it takes. Amen